ORIGINAL

RECEIVED
JAN 11 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Mark S. Zaid, P.C., and Mark S. Zaid, Esq.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Mark S. Zaid, Esq.

Firm Name: Mark S. Zaid, P.C.

Post Office Box: **08-20 C**

Street Address: 1250 Connecticut Avenue, N.W., Ste 200

City-State-Zip: Washington, D.C. 20036

Telephone & Facsimile Numbers: (202) 454-2809; (202) 330-5610 fax

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: [5] [1] [4]
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [O] [ ] [ ]
See attached sheet for three-digit codes.

Amount Claimed: $666,666.66
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

Pursuant to RCFC 20(a), the following are plaintiffs in the action of Mark S. Zaid, P.C. et al. v. United States of America, No. 08-_____.

1. Mark S. Zaid, Esq.
2. Mark S. Zaid, P.C.