ORIGINAL

FILED
JAN 11 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARK S. ZAID, P.C. *
MARK S. ZAID, ESQ. *
1250 Connecticut Avenue, N.W. *
Suite 200 *
Washington, D.C. 20036 *
*
Plaintiffs * Civil Action No. 08-20 C
*
v. *
*
UNITED STATES OF AMERICA *
*
Defendant *
* * * * * * * * * * *

**CERTIFICATE UNDER RULE 7.1**

I, the undersigned, certify that to the best of my knowledge and belief, there is no parent corporation or any publicly held corporation that owns 10% or more of plaintiff-nongovernmental corporation Mark S. Zaid, P.C.

Date: January 10, 2008

Mark S. Zaid, Esq., *pro se*
Mark S. Zaid, PC
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com