IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARK S. ZAID, P.C. and )
MARK S. ZAID, ESQ., )
)
Plaintiffs, )
)
v. ) No. 08-20C
) (Judge Braden)
THE UNITED STATES, )
)
Defendant. )

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Robert E. Chandler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.,Room 12002
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
TELEPHONE: (202) 514-4678
FACSIMILE: (202) 514-8624
E-mail: Robert.Chandler@usdoj.gov

Dated: February 8, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 8th day of February, 2008, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Robert E. Chandler