**UNITED STATES COURT FOR FEDERAL CLAIMS**

| | | |
|---|---|---|
| MARK S. ZAID, P.C. | * | |
| MARK S. ZAID, ESQ. | * | |
| 1250 Connecticut Avenue, N.W. | * | |
| Suite 200 | * | |
| Washington, D.C. 20036 | * | |
| | * | |
| Plaintiffs | * | No. 08-20 C |
| | * | Judge Susan Braden |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| Defendant | * | |

* * * * * * * * * * * *

**MOTION FOR SUBSTITUION OF COUNSEL**

Pursuant to RCFC 83.1(c)(4), Plaintiffs, Mark Zaid, Esq. and Mark Zaid, PC, hereby request that the court enter an order substituting Eric H. Imperial as counsel of record for Plaintiffs. Service of all papers by counsel for the United States should be addressed to:

Eric H. Imperial
815 Connecticut Avenue, N.W.; Ste. 220
Washington, DC 20006

s/ Eric H. Imperial

Eric H. Imperial (D.C. Bar #427139)
815 Connecticut Avenue, N.W.; Ste. 220
Washington, DC 20006
(202) 457-1280
(202) 595-1986 (fax)
eric@imperiallaw.com

Date: February 26, 2008

**CONSENT OF MARK ZAID**

I, Mark S. Zaid, hereby consent to the substitution of Eric H. Imperial as counsel of record for Plaintiffs Mark Zaid, Esq. and Mark Zaid, PC.

s/ Mark S. Zaid

Mark S. Zaid, Esq. (D.C. Bar #375754)
Mark S. Zaid, PC
1250 Connecticut Avenue, N.W.; Ste. 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

Date: February 26, 2008

**AFFIDAVIT OF APPOINTMENT**

I, Eric H. Imperial, hereby affirm that I have been retained and appointed as counsel of record for Plaintiffs Mark Zaid, Esq. and Mark Zaid, PC. I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

s/ Eric H. Imperial
________________________________

Eric H. Imperial (D.C. Bar #427139)
815 Connecticut Avenue, N.W.; Ste. 220
Washington, DC 20006
(202) 457-1280
(202) 595-1986 (fax)
eric@imperiallaw.com

Date: February 26, 2008

**Certificate of Service**

I hereby certify that on February 26, 2008, I electronically filed a copy of the foregoing MOTION FOR SUBSTITUTION OF COUNSEL with the United States Court of Federal Claims. Notice of this filing will be sent to all parties by operation of the court's electronic filing system, and all parties can access this filing through that filing system.

s/ Eric H. Imperial
________________________________

Eric H. Imperial (D.C. Bar #427139)
815 Connecticut Avenue, N.W.; Ste. 220
Washington, DC 20006
(202) 457-1280
(202) 595-1986 (fax)
eric@imperiallaw.com