IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZAID, PC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-020C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 30 days, to and including April 10, 2008, within which to submit its response to plaintiff's complaint. Our answer presently is due on March 11, 2008. This is our second request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Since the filing of plaintiff's complaint, defendant's counsel has conferred with agency counsel, determined the course of action the Government will take in respnoding to the complaint and begun to prepare that response. Defendant requests additional time to respond to the complaint, however, because defendant's counsel has been engaged in several other matters for which he is responsible in the weeks leading up to the due date for the Government's response. In the two weeks preceding the due date for defendant's response, defendant's counsel has been responsible for filing briefs in Hickmon v. United States Postal Service, Fed. Cir. No. 08-3109 (brief due February 28, 2008) and Childers v. United States, Fed. Cl. No. 06-496 (brief due February 29, 2008), a supplemental filing in K-Con Building Systems v. United States, Fed.

Cl. No. 05-981 (filing due February 29, 2008) and oral argument in Amerisource v. United States, Fed. Cir. No. 07-5121.

Defendant's counsel anticipates that an additional 30 days will be sufficient to permit the Government to complete its brief and to obtain the necessary internal and agency review and approval. For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

Attorneys for Defendant

March 7, 2008

CERTIFICATE OF FILING

I hereby certify that on this 7th day of March 2008, a copy of the foregoing "Unopposed Motion for Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler