# In the United States Court of Federal Claims

No. 08-020C
Filed: March 19, 2008

| | |
|---|---|
| ************************************ | |
| | * |
| Mark S. Zaid, P.C. and<br>Mark S. Zaid, Esq., | *<br>* |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

Pursuant to 28 U.S.C. § 455, the Honorable Susan G. Braden recuses herself from this case, and the Clerk of the United States Court of Federal Claims will transfer *Mark S. Zaid, P.C.* v. *United States*, No. 08-20C.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**