IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZAID, PC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-020C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 32 days, to and including May 12, 2008, within which to submit its response to plaintiff's complaint. Our answer presently is due on April 11, 2008. This is our second request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Since the filing of plaintiff's complaint, defendant's counsel has conferred with agency counsel, determined the course of action the Government will take in responding to the complaint and begun to prepare that response. Defendant requests additional time to respond to the complaint, however, because defendant's counsel has been engaged in several other matters for which he is responsible in the weeks leading up to the due date for the Government's response. In the two weeks leading up to the due date for defendant's response, defendant's counsel has been responsible for filing a brief in Gray v. Department of Veterans Affairs, Fed. Cir. No. 07-7296 (brief due March 28, 2008), oral argument in Trafalgar House Construction, Inc. v. United States, Fed. Cir. No. 07-5138 (argument on April 10, 2008), and SDS

International, Inc. v. United States, Fed. Cl. No. 07-881 (argument on April 3, 2008), in addition to attending to several urgent discovery matters. Moreover, defendant's counsel will be on work-related travel eight of the ten business days in the two weeks following the due date for defendant's answer.

Defendant's counsel anticipates that an additional 30 days will be sufficient to permit the Government to complete its brief and to obtain the necessary internal and agency review and approval. For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

Attorneys for Defendant

April 7, 2008

CERTIFICATE OF FILING

I hereby certify that on this 7th day of April 2008, a copy of the foregoing "Unopposed Motion for Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler