# In the United States Court of Federal Claims

No. 08-020C

(Filed: April 8, 2008)

| | |
|---|---|
| ************************************** | * |
| | * |
| ZAID, P.C., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

**ORDER**

On April 7, 2008, counsel for Defendant filed with the Court an unopposed motion for a 32-day enlargement of time in which to file its response to Plaintiff's complaint. For good cause shown, Defendant's motion is GRANTED. Accordingly, Defendant shall file its answer on or before May 12, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge