**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARK S. ZAID, P.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08-20** |
| **v.** | ) | **(Judge Wheeler)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of seven days, to and including May 19, 2008, within which to submit its response to plaintiff's complaint. Our answer presently is due May 12, 2008. This is our third request for an enlargement of time for this purpose. Defendant's counsel was unable to reach plaintiff's counsel prior to the filing of this motion in order to determine whether plaintiff will oppose the motion.

Defendant's counsel has prepared a draft response to plaintiff's complaint in this matter and has submitted it for internal and agency review and comment. Defendant's counsel was away from the office 13 of the 20 business days preceding the due date for defendant's response, and although he attempted to coordinate internal and agency review from outside the office, a number of questions were raised on the day of filing that could not be resolved in time to meet the defendant's filing due date. Additional time is therefore necessary in order to complete internal and agency review of the defendant's response. Defendant's counsel believes that seven days will be sufficient to complete review of defendant's response and to file the response with the Court. We therefore respectfully request that the Court grant this motion for enlargement of time.

Respectfully submitted,

Gregory G. Katsas
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4678
Facsimile: (202) 514-8624

May 12, 2008 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 12, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Robert E. Chandler