# In the United States Court of Federal Claims

No. 08-020C

(Filed: May 13, 2008)

```
*************************************** *
                                        *
ZAID, P.C.,                             *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

**ORDER**

On May 12, 2008, counsel for Defendant filed with the Court a motion for a 7-day enlargement of time in which to file its response to Plaintiff's complaint. For good cause shown, Defendant's motion is GRANTED. Accordingly, Defendant shall file its answer on or before May 19, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge