# In the United States Court of Federal Claims

No. 08-020C

(Filed: June 17, 2008)

| | |
|---|---|
| *************************************** | * |
| | * |
| ZAID, P.C., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

**ORDER**

On June 16, 2008, counsel for Plaintiff filed with the Court a motion for a 32-day enlargement of time in which to file its response to Defendant's motion to dismiss. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, Plaintiff shall file its response on or before July 21, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge