**UNITED STATES COURT FOR FEDERAL CLAIMS**

| | | |
|---|---|---|
| MARK S. ZAID, P.C., *et al.* | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| | * | |
| v. | * | |
| | * | No. 08-20 C |
| UNITED STATES OF AMERICA | * | Judge Thomas C. Wheeler |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * *

**Certificate of Service**

I hereby certify that on July 21, 2008, I electronically filed a copy of Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Motion to Dismiss; Plaintiffs' Proposed Findings of Uncontroverted Facts; and Declaration of Mark S. Zaid with the United States Court of Federal Claims. Notice of this filing will be sent to all parties by operation of the court's electronic filing system, and all parties can access this filing through that filing system.

s/ Eric H. Imperial

Eric H. Imperial (D.C. Bar #427139)
815 Connecticut Avenue, N.W.; Ste. 220
Washington, DC 20006
(202) 457-1280
(202) 595-1986 (fax)
eric@imperiallaw.com