IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZAID, PC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 08-020C<br>(Judge Wheeler) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 43 days, to and including October 3, 2008, within which to submit its response to plaintiff's motion for summary judgment and its reply to plaintiff's response to our motion to dismiss. Our response and reply presently are due on August 21, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Defendant requests additional time to submit its response and reply because defendant's counsel has been engaged in several other matters for which he is responsible in the weeks leading up to the due date for the Government's response. In the two weeks leading up to the due date for defendant's response, defendant's counsel has been responsible for filing briefs in Stout v. Army, Fed. Cir. No. 08-3155(brief due August 11, 2008), K-Con Building Systems v. United States, Fed. Cl. No. 05-981 (brief due August 7, 2008), Veridyne v. United States, Fed. Cl. No. 06-150 (brief due August 11, 2008), and Yowell v. United States, Fed. Cl. No. 08-368 (brief due August 15, 2008), in addition to attending to several urgent discovery matters in

Veridyne v. United States, Fed. Cl. No. 06-150 (four depositions between August 13 and 15, 2008). Moreover, defendant's counsel must prepare for trial in Meredith v. United States, Fed. Cl. No. 06-451 (trial set for September 9-10).

Defendant's counsel anticipates that an additional 43 days will be sufficient to permit the Government to complete its brief and to obtain the necessary internal and agency review and approval. For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

Attorneys for Defendant

August 18, 2008

CERTIFICATE OF FILING

I hereby certify that on this 18th day of August 2008, a copy of the foregoing "Unopposed Motion for Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler