# In the United States Court of Federal Claims

No. 08-020C

(Filed: August 20, 2008)

************************************** *
*
ZAID, P.C., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************** *

**ORDER**

On August 18, 2008, counsel for Defendant filed with the Court an unopposed motion for a 43-day enlargement of time in which to file its response to Plaintiff's motion for summary judgment and its reply in support of its motion to dismiss. For good cause shown, Defendant's motion is GRANTED. Accordingly, Defendant shall file its response and reply on or before October 3, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge